ACCEPTED
06-14-00230-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/24/2015 11:49:12 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00230-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/24/2015 11:49:12 AM
DEBBIE AUTREY
Clerk

## IN THE SIXTH DISTRICT COURT OF APPEALS
## TEXARKANA, TEXAS

### NICK FEIZY,
**Appellant,**

**v.**

### STATE OF TEXAS,
**Appellee.**

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

1.　　Appellant's Brief is due on April 9, 2015. Appellant seeks a 30-day extension to make the brief due on May 9, 2015.

2.　　This is the first request for an extension.

3.　　The undersigned counsel knows this Court expects attorneys to file briefs when they are due. This is an exceptional case. The undersigned, a sole practitioner, has briefs on the merits in two separate cases before the Supreme

**MOTION FOR EXTENSION
PAGE 1**

Court of Texas, due on April 6 (No. 14-0591) and April 9 (No. 14-0732), respectively. This is in addition to counsel's usual March workload (which included a motion for rehearing in the Texas Supreme Court, two oral arguments, an Appellant's Brief, a federal 12(b)(6) motion, a federal summary judgment response, and error preservation research in preparation for a March 30 trial setting). Preparing the two merits briefs for the Supreme Court has, quite simply, overwhelmed counsel.

4.      Appellee does not oppose this motion.

Based on the foregoing, Appellant asks that the deadline to file his brief be extended to May 9, 2015.

Respectfully submitted,

/s/Charles "Chad" Baruch
The Law Office of Chad Baruch
Texas Bar Number 01864300
3201 Main Street
Rowlett, Texas  75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-Mail: baruchEsq@aol.com

*Attorney for Appellant*

**MOTION FOR EXTENSION**
**PAGE 2**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with John Rolater, counsel for appellee, who stated that he does not oppose the relief sought by this motion.

/s/Charles "Chad" Baruch

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this instrument was served upon all counsel of record by e-filing and by email to jrolater@co.collin.tx.us on March 24, 2015.

/s/Charles "Chad" Baruch